# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS



Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Laverwe Hardison
(Please print)

STREET ADDRESS: 107 Devonshire

CITY/STATE/ZIP: Anete, Il 60417

PHONE NUMBER: 708 672 1510

CASE NUMBER: 08CV4766
JUDGE LEFKOW
MAGISTRATE JUDGE MASON

Signature / Date: 8-21-08

FILED
AUG 21 2008
Aug 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT